Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ 08625

RECEIVED
DEC 11 2023
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Caleb L. McGillvary<br>　　PLAINTIFF<br><br>V.<br><br>Nicholas Scutari et al<br>　　DEFENDANT | CIVIL ACTION NO.<br>1:23-cv-26605-RMB-MJS<br>Hon. Renee Marie Bumb, USCJ<br>Hon. Matthew J. Skahill, USMJ<br>Motion Date: To be determined<br>by the Court |

NOTICE OF MOTION TO RECUSE JUDGE
RENEE MARIE BUMB UNDER 28 USC 455 AND FOR SCREENING
AND TRANSFER OUT OF THE DISTRICT OF NEW JERSEY
UNDER DNJ L CIV R 40.1(g)

TO: CLERK, ALL CAPTIONED PARTIES

　　Please take notice that, on a date and time to be determined by the Court, Plaintiff Caleb L. McGillvary ("Plaintiff") hereby moves the Court for an order recusing Judge Renee Marie Bumb from this proceeding under 28 U.S.C. 455(a); and directing screening and transfer out of the District of New Jersey pursuant to DNJ L. Civ. R. 40.1(g).

　　As grounds for this motion, Plaintiff relies upon his attached Declaration and Memorandum in support of this motion.

　　A proposed form of order is attached.

Date: 12/5/23

　　　　　　　　　　　　　　　　　　Caleb L. McGillvary, Pro Se
　　　　　　　　　　　　　　　　　　#1222665/SBI#102317G NJSP
　　　　　　　　　　　　　　　　　　PO Box 861 Trenton, NJ
　　　　　　　　　　　　　　　　　　　　　　　　08625-0861