Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ 08625

RECEIVED
DEC 11 2023
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Caleb L. McGillvary<br>PLAINTIFF<br><br>V.<br><br>Nicholas Scutari et al<br>DEFENDANT | CIVIL ACTION NO.<br>1:23-cv-26605-RMB-MJS<br>Hon. Renee Marie Bumb, USCJ<br>Hon. Matthew J. Skahill, USMJ<br>Motion Date: To be determined<br>by the Court |

ORDER

THIS MATTER having been opened to the Court on motion by Plaintiff Caleb L. McGillvary for an order recusing Judge Renee Marie Bumb pursuant to 28 U.S.C. 455, and the Court having considered the papers submitted and the arguments therein, and FOR GOOD CAUSE SHOWN

It is on this ___ Day of _____, 20___

ORDERED that Plaintiff's motion is hereby GRANTED; and it is further

ORDERED that Judge Renee Marie Bumb, U.S.C.J. is hereby recused from further proceedings in this matter; and it is further

ORDERED that, pursuant to DNJ L. Civ. R. 40.1(g), the complaint be screened and this matter be transferred outside the district of NJ; and it is further

ORDERED that a copy of this order be served upon all parties appearing in this matter within 7 days of this order

_____
Hon. Renee Marie Bumb, U.S.C.J.