Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ 08625

DECEMBER 5, 2023

Clerk, US Dist. Ct. - DNJ
US Courthouse
4th and Cooper Streets
Camden, NJ 08101-2797

    RE: Caleb L. McGIllvary v. Nicholas Scutari et al
    Civil Action No. 1:23-cv-26605-RMB-MJS
    Hon. Renee Marie Bumb, U.S.D.J.
    Hon. Matthew J. Skahill, U.S.M.J.

Dear Clerk;

Please find enclosed and file onto the docket the original and 3 copies of my notice, declaration, proposed order, and memorandum in support of my motion to recuse Judge Renee Marie Bumb from this proceeding; and proof of service thereof; in the above-captioned matter.

RECEIVED
DEC 11 2023
AT 8:30
CLERK, U.S. DISTRICT COURT - DNJ

Kind Regards,

Caleb L. McGillvary
In Propria Persona

ENCL:
CC: FILE