PROOF OF SERVICE

I, Caleb L. McGIllvary, declare pursuant to 28 U.S.C. 1746 that on today's date, I placed in the institutional mailing system here where I'm incarcerated at NJ State Prison 3rd & Federal Streets Trenton, NJ 08625; with First Class Postage prepaid to be sent via USPS Mail; the original and 3 copies of my notice, declaration, proposed order, and memorandum in support of my motion to recuse Judge Renee Marie Bumb from this proceeding to the Clerk of the District Court at USDC-DNJ US Courthouse 4th & Cooper Streets Camden, NJ 08101-2797 for filing;



~~and a copy of each said document to counsel for respondent Bruce Davis, Amanda G. Schwartz at 25 Market St. PO Box 086 Trenton, NJ 08625 for service.~~

I hereby invoke the prison mailbox rule.

I declare under penalty of perjury that the foregoing statements made by me are true and accurate.
Executed this 5TH Day of DECEMBER, 2023

RECEIVED
DEC 11 2023
AT 8:30_____M
CLERK, U.S. DISTRICT COURT-DNJ

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ
08625-0861