SETH D. JOSEPHSON, ESQUIRE (SDJ5237)
Attorney At Law (ID 017871994)
1 Nami Lane
Suite 5
Mercerville, NJ 08619
Tel: (609) 716-7300
Fax: (609) 716-7401
Attorney for Defendants NEW JERSEY ASSOCIATION OF JUSTICE, NEW JERSEY ASSOCIATION OF JUSTICE PAC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CIVIL ACTION NUMBER 1:23-cv-22605-JMY

| | |
|---|---|
| CALEB L. McGILLVARY,<br><br>　　Plaintiff,<br><br>v.<br><br>NICHOLAS SCUTARI, NEW JERSEY ASSOCIATION OF JUSTICE, NEW JERSEY ASSOCIATION OF JUSTICE PAC, et als.,<br><br>　　Defendants. | CIVIL ACTION<br>ORDER DISMISSING COUNT ONE and NEW JERSEY ASSOCIATION OF JUSTICE and NEW JERSEY ASSOCIATION OF JUSTICE PAC WITH PREJUDICE |

To:
　　New Jersey Attorney General's Office
　　Richard J Hughes Justice Complex
　　25 Market Street, PO Box 112
　　Trenton, NJ 08625

　　Caleb L. McGillvary, Inmate SBI#102317G
　　New Jersey State Prison
　　PO Box 861
　　Trenton, NJ 08625

PLEASE TAKE NOTICE, that Seth D. Josephson, Esquire, Attorney for Defendants New Jersey Association of Justice and New Jersey Association of Justice PAC will move before the The Honorable John Milton Young, Courtroom 15-B, 15613 U.S. Courthouse

1

601 Market Street Philadelphia, PA 19106 at 10:00 am or as soon thereafter as Counsel may be heard, for an Order:

Rule 12(b)6 -- Dismissing Complaint, Count One, with Prejudice For Failure to State a Cause of Action Upon Which Relief Can be Granted, and

Dismissing New Jersey Association of Justice and New Jersey Association of Justice PAC with Prejudice.

Counsel will rely upon the Certification and Brief filed herewith in support of this Motion.  Oral argument is waived unless required to by the Court.

  Dated:  May 8, 2024         /s/ *Seth D. Josephson*
Seth D. Josephson, Esq.
Attorney for Defendants New Jersey Association of Justice and New Jersey Association of Justice PAC

    I hereby certify that the foregoing Motion with supporting Certification and Brief has been forwarded to Plaintiff's counsel of record by first class mail, see above, and by the ECF system.  I certify that the herein statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

  Dated:  May 8, 2024         /s/ *Seth D. Josephson*
Seth D. Josephson, Esq.
Attorney for Defendants New Jersey Association of Justice and New Jersey Association of Justice PAC