SETH D. JOSEPHSON, ESQUIRE (SDJ5237)
Attorney At Law (ID 017871994)
1 Nami Lane
Suite 5
Mercerville, NJ 08619
Tel: (609) 716-7300
Fax: (609) 716-7401
Attorney for Defendants NEW JERSEY ASSOCIATION OF JUSTICE, NEW
JERSEY ASSOCIATION OF JUSTICE PAC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CIVIL ACTION NUMBER 1:23-cv-22605-JMY

| | |
|---|---|
| CALEB L. McGILLVARY,<br><br>       Plaintiff,<br><br>v.<br><br>NICHOLAS SCUTARI, NEW JERSEY ASSOCIATION OF JUSTICE, NEW JERSEY ASSOCIATION OF JUSTICE PAC, et als.,<br><br>       Defendants. | CIVIL ACTION<br>ORDER DISMISSING COUNT ONE and NEW JERSEY ASSOCIATION OF JUSTICE and NEW JERSEY ASSOCIATION OF JUSTICE PAC WITH PREJUDICE |

**THIS MATTER,** having come before the Court by the filing of a Motion to Dismiss Plaintiff's Complaint, Count One, with Prejudice for, Failure to State a Cause of Action Upon Which Relief Can be Granted and to Dismiss New Jersey Association of Justice and New Jersey Association of Justice PAC with Prejudice, submitted by Seth D. Josephson, Esquire on behalf of Defendants New Jersey Association of Justice and New Jersey Association of Justice PAC; and the Court having heard considered argument of Counsel, if any, and for the reasons set forth on the record, it is on this _____ of June 2024 ORDERED:

1

1.      DEFENDANTS NEW JERSEY ASSOCIATION OF JUSTICE AND NEW JERSEY ASSOCIATION OF JUSTICE PAC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE AT COUNT ONE IS <u>GRANTED</u>; and

2.      DEFENDANTS NEW JERSEY ASSOCIATION OF JUSTICE AND NEW JERSEY ASSOCIATION OF JUSTICE PAC'S MOTION TO BE DISMISSED WITH PREJUDICE IS <u>GRANTED</u>.

Dated:

_____
        The Honorable John Milton Young