STARR, GERN, DAVISON & RUBIN, P.C.
By: Ronald L. Davison, Esq.
105 Eisenhower Parkway, Suite 401
Roseland, NJ 07068-1640
Tel:  973.403.9200
Fax:  973.364.1403
E-mail: rdavison@starrgern.com
Attorneys for defendants
Starr, Gern, Davison & Rubin, P.C.,
Ira Starr and Shelley Stangler

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| CALEB L. MCGILLVARY,<br><br>            Plaintiff,<br><br>     vs.<br><br>NICHOLAS SCUTARI, et al.,<br><br>            Defendants. | Civil Action No. 1:23-cv-22605-JMY<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT STARR, GERN, DAVISON & RUBIN, P.C.** |

Pursuant to Rule 7.1, defendant Starr, Gern, Davison & Rubin, P.C., through its attorneys, makes the following disclosures:

1. It has no parent corporation.

2. No publicly held corporation owns 10% or more of its

-2-

stock.

                            Starr, Gern, Davison & Rubin, P.C.,
                            Attorneys for defendants
                            Starr, Gern, Davison & Rubin, P.C.,
                            Ira Starr and Shelley Stangler

                                  s/*Ronald L. Davison*

                          By:_____
                                Ronald L. Davison

Dated:  May 9, 2024