**UNITED STATES DISTRICT COURT**
**FOR THE District of New Jersey [LIVE]**
U.S. District Court for the District of New Jersey

CALEB L. MCGILLVARY

                Plaintiff,

v.                                            Case No.: 1:23–cv–22605–JMY
                                            Judge John Milton Younge (EDPA)

NICHOLAS SCUTARI, et al.

                Defendant.

Dear Litigants:

    The above case has been assigned to for pretrial matters in accordance with the Federal Rules of Civil Procedure. The Court will issue a Scheduling Order setting forth discovery deadlines in this matter. Compliance with the directives in the Scheduling Order is required, and failure to comply may result in the dismissal of the case and/or suppression of defenses in the discretion of the Court.

                                                      Very truly yours,

                                                      CLERK OF COURT
                                                      By Deputy Clerk, jab