

| PHILIP D. MURPHY<br>*Governor* | *State of New Jersey*<br>OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO Box 112<br>TRENTON, NJ 08625-0112 | MATTHEW J. PLATKIN<br>*Attorney General* |
|---|---|---|
| TAHESHA L. WAY<br>*Lt. Governor* | | MICHAEL T.G. LONG<br>*Director* |

May 15, 2024

**VIA CM/ECF**
The Hon. John Milton Younge, U.S.D.J.
15613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:  McGillvary v. Scutari, et al.
         Docket No. 1:23-cv-22605-JMY

**Request for Extension of Time to Respond**

Dear Judge Younge:

Please be advised that my Office represents Defendants, Governor Philip D. Murphy, the Office of the New Jersey Governor, the New Jersey Legislature, Karen Cassidy, Robert Kirsch, Nicholas Scutari and Linda D. Stender (collectively "State Defendants") in the above-reference matter.

Defendants respectfully request a sixty (60) day extension of time to evaluate and respond to Plaintiff's lengthy complaint which is over 100 pages long and contains nearly 200 paragraphs. This extension will also permit one response to be filed on behalf of the State Defendants, rather than having piecemeal submissions at different times for each of the respective State Defendants.[1]

---

[1] Presently, Defendants Governor Philip D. Murphy, the Office of the New Jersey Governor, the New Jersey Legislature, Karen Cassidy and Nicholas Scutari were served on April 23, 2024. The present due date for their responses in May 28, 2024. Defendant Robert Kirsch was served on April 23, 2024. The present due date for his response is July 8, 2024. Defendant Linda Stender was served on April 26, 2024. The present due date for her response is May 31, 2024.



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 376-2440 • FAX: (609) 777-3607
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

May 15, 2024
Page 2

    With this extension, the State Defendants' response would be due on or before July 30, 2024.  The undersigned reached out to Plaintiff for his consent, but has not heard back from him as of the date of this filing.

    If Your Honor has any questions or concerns, please do not hesitate to contact me at any time.  Thank you for your attention to this matter.

    Respectfully submitted,

    MATTHEW J. PLATKIN
    ATTORNEY GENERAL OF NEW JERSEY

By:  <u>s/ David J. Coppola</u>
    David J. Coppola
    Deputy Attorney General

CC:  Caleb L. McGillvary
    1222665/SBI102317G
    New Jersey State Prison
    PO Box 861
    Trenton, NJ 08625