# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **CALEB L. MCGILLVARY**, | : | |
| Plaintiff, | : | No. 23-cv-22605-JMY |
| | : | |
| v. | : | |
| | : | |
| **NICHOLAS SCUTARI**, et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 20th day of May, 2024, upon consideration of the Letter from State Defendants Requesting an Extension of Time (ECF No. 52), it is hereby **ORDERED** that Defendants' request for an extension of time to answer or otherwise respond to the Complaint will be **GRANTED** as follows – Defendants will be provided with a sixty (60) day extension of time to respond to the Complaint. Defendants shall have until July 30, 2024, to answer or otherwise file a responsive pleading.

The Clerk of Court is **DIRECTED** to **TRANSMIT** (mail copies) of this Order to *pro se* Plaintiff at the mailing address that he has identified on the docket for service of court papers.

**BY THE COURT**:

  /s/ John Milton Younge  
Judge John Milton Younge