

PHILIP D. MURPHY
*Governor*

TAHESHA L. WAY
*Lt. Governor*

### *State of New Jersey*
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO Box 112
TRENTON, NJ 08625-0112

MATTHEW J. PLATKIN
*Attorney General*

MICHAEL T.G. LONG
*Director*

May 31, 2024

**VIA CM/ECF**
The Hon. John Milton Younge, U.S.D.J.
15613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

    Re: McGillvary v. Scutari, et al.
       Docket No. 1:23-cv-22605-JMY

       **Request for Extension of Time to Respond for Defendant Theodore Romankow**

Dear Judge Younge:

Please be advised that my Office represents Defendants, Governor Philip D. Murphy, the Office of the New Jersey Governor, the New Jersey Legislature, Karen Cassidy, Robert Kirsch, Nicholas Scutari and Linda D. Stender (collectively "State Defendants") in the above-reference matter. My Office has also been retained to represent Defendant Theodore Romankow ("Defendant Romankow"). Defendant Romankow respectfully requests an extension of time to respond to Plaintiff Caleb McGillvary's ("Plaintiff") Complaint by July 30, 2024.

Defendant Romankow was served with Plaintiff's complaint on May 20, 2024. Presently, Defendant Romankow's response to the complaint is due by June 10, 2024. The extension will permit one response to be filed on behalf of the State Defendants, whose response is due July 30, 2024, rather than having piecemeal submissions at different times for each of the respective State Defendants.[1] ECF 56. The extension will also allow Defendant

---

[1] On May 20, 2024, the Court granted the State Defendants' request for a sixty-day extension to respond to Plaintiff Caleb



May 31, 2024
Page 2

Romankow time to evaluate and respond to Plaintiff's lengthy complaint which is over 100 pages long and contains nearly 200 paragraphs.  The undersigned reached out to Plaintiff for his consent to the request, but has not heard back from him as of the date of this filing.

If Your Honor has any questions or concerns, please do not hesitate to contact me at any time.  Thank you for your attention to this matter.

Respectfully submitted,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By:  s/ David J. Coppola
David J. Coppola
Deputy Attorney General

CC:  Caleb L. McGillvary
1222665/SBI102317G
New Jersey State Prison
PO Box 861
Trenton, NJ 08625

---

McGillvary's complaint. ECF 56. Their due date is July 30, 2024. *Id.*