ADOPTED
July 21, 2021

## Resolution Regarding
### Request for Authorization for the Issuance of a Request for Offers to Purchase for the Mega Parcel in the Boroughs of Eatontown & Oceanport

**WHEREAS,** the Board approved the Rules for the Sale of Real and Personal Property (the Sales Rules) at the August 17, 2011 Meeting of the Authority. In accordance with Section 19:31C-2.5(a) of the Sales Rules, before advertising a particular parcel of real property and accompanying personal property as being available for sale through the offer to purchase process, the Board shall review and approve a recommendation of the Director and FMERA to offer the property for sale through that process; and

**WHEREAS**, in its determination to use the offer to purchase process, the Board also may consider various factors including, but not limited to, purchase price, jobs to be created and timing, to determine whether the offer to purchase process will enhance the economic value to FMERA or Fort Monmouth; after the RFOTP is issued and offers are received and negotiated, the Director and FMERA staff shall present a recommendation to the Board to accept an offer, to terminate negotiations regarding offers, or to take other appropriate action; and

**WHEREAS**, the Mega Parcel ("the Property") is an approximately 289± acre parcel of land containing former residential, administrative and R&D buildings, warehouses, workshops and additional general-purpose facilities in the Boroughs of Eatontown and Oceanport, within the Main Post section of Fort Monmouth, as depicted in Attachment A, and the Mega Parcel is conveniently located adjacent to State Route 35, providing easy access to the Garden State Parkway, Route 18, NJ Transit Bus Lines & adjacent to County Route 11 (Oceanport Avenue), which provides direct access to the Little Silver NJ Transit Train Station; and

**WHEREAS**, the westernmost 51.1 acres of the Property lie within the Phase 1 area of Fort Monmouth, which requires profit sharing with the U.S. Department of the Army, and the remaining 237.9 acres of the Property lie within the Phase 2 area of Fort Monmouth; and

**WHEREAS,** the Fort Monmouth Reuse & Redevelopment Plan ("Reuse Plan") contemplates the redevelopment of Fort Monmouth as a mixed-use campus that creates jobs in high growth industries and further envisions a live-work-play community complete with arts & entertainment, small businesses, cultural & civic uses, retail & restaurant uses, and outdoor amenities such as public plazas & walking trails that complement residential and additional commercial redevelopment; the Mega Parcel would incorporate several "development districts," defined under the Land Use Rules as described in the attached memorandum; and

**WHEREAS**, in addition to the goals outlined in the Reuse Plan, staff proposes aligning the Mega RFOTP with the Governor's strategic priorities to overcome the State's largest economic challenges, as described in the Governor's Economic Plan; FMERA has a strong interest in bolstering the innovation economy to create more and better jobs locally, as well as throughout the state, and to further revitalize Fort Monmouth. By supporting one or more key sectors, including but not limited to life sciences, information and high tech, clean energy, food and beverage, and film and digital media, the Fort will be positioned to serve as a regional hub for one of these dynamic industries and further attract other business within and around the Fort Monmouth area, as a result; and

**WHEREAS**, in an effort to further support these priorities, the Authority will accept alternate uses other than those within the development districts outlined above, so long as Potential Purchasers can demonstrate how the proposal achieves the highest and best use of the property in accordance with the key sectors and generates associated economic impact. Proposals including alternate uses will require an amendment to the Reuse Plan; and

**WHEREAS**, in addition to the evaluation score sheet with the criteria and weights, staff will describe aspects and types of projects that the RFOTP seeks to attract and will be scored more highly; and

**WHEREAS**, the intent of issuing the Mega Parcel RFOTP is to redevelop the Fort with a forward-looking and transformative project that aims to meet the highest standards of economic and sustainable development; to that end the Mega Parcel is envisioned as a large, cohesive redevelopment project with integrated commercial and amenity-based uses, along with public spaces that support FMERA's goal of developing a vibrant, walkable community. The proposed development may be mixed-use and consider a campus-like approach, inclusive of a variety of uses and amenities that are complementary.; and

**WHEREAS**, residential uses are permitted, however the <u>maximum</u> number of residential units in the Borough of Eatontown is 302 and the <u>maximum</u> number of residential units in the Borough of Oceanport is 234; should any existing agreements for residential development terminate within the Main Post, the RFOTP may be amended via addendum to include additional residential units. Unless an addendum is posted explicitly detailing a permitted increase in residential units, which would require a Reuse Plan amendment, proposals exceeding the residential caps included in this RFOTP will be deemed non-compliant. All proposed residential development requires a twenty percent (20%) set aside for affordable housing; and

**WHEREAS**, with regards to the existing buildings on the parcel, the Reuse Plan calls for some buildings to be reused and others to be demolished. As some of the identified reusable buildings have surpassed their useable life, the Mega Parcel permits proposals which envision the demolition of all existing improvements, at the Potential Purchaser's sole cost and expense, to achieve the highest and best use of the Property; however, permission to demolish these buildings will require a Reuse Plan amendment; and

**WHEREAS**, the redevelopment of land and buildings on Fort Monmouth for uses other than those currently contemplated in the Reuse Plan is subject to separate Board approval of a Reuse Plan amendment or a use variance; and

**WHEREAS**, because the RFOTP would allow offers with uses different than those in the Reuse Plan, the RFOTP will state that changes in use will be subject to a Reuse Plan amendment or a use variance. Further, the RFOTP also permits residential development, however, residential development is not a requirement of the RFOTP; and

**WHEREAS**, in the instance that the selected Potential Purchaser does not include housing in its proposal, the Reuse Plan amendment must identify alternate locations and future requirements for residential units in conjunction with the Boroughs of Oceanport and Eatontown. Additionally, the Reuse Plan amendment must identify the location of any homeless service provider facility, such as supportive housing or SRO units, required to be provided by FMERA by a legally binding agreement approved by the U.S. Department of Housing and Urban Development; and

**WHEREAS**, in some areas of the Mega Parcel, utilities will be available at the frontage; however, there are other areas that are still pending installation of utility infrastructure. Regardless, Potential Purchasers should anticipate additional on and offsite utility and infrastructure improvement costs as a part of proposal budgets. Infrastructure improvement contributions within the boundaries of the Fort will be specifically delineated in the RFOTP; and

**WHEREAS**, Authority staff recommends proceeding with the offer to purchase process for the Mega Parcel rather than sealed bids; and

**WHEREAS**, this recommendation is based on several factors: first, potential purchasers have expressed interest to FMERA staff in acquiring and redeveloping the property in a large, campus like format with integrated and complementary uses; second, as the reuse of several buildings may no longer represent the highest and best use, staff believes the RFOTP process may allow greater flexibility for selecting the scenario that would maximize the development potential and economic value of the Property; third, as the development community recovers from the impact of COVID-19, flexibility is critical to allow for the most successful and sustaining development options that support the redevelopment goals of the Reuse Plan, and finally, a parcel of this size will most likely entail a complex

redevelopment project, and negotiations are best suited at identifying the specific components and timeline(s) of such a project; and

**WHEREAS**, the Real Estate Committee has reviewed the request and recommends it to the Board for approval.

**THEREFORE, BE IT RESOLVED THAT**:

1. The Authority authorizes the FMERA staff to make the Mega Parcel in Fort Monmouth's Eatontown & Oceanport Reuse Areas available through the offer to purchase process, in accordance with FMERA's approved Sales Rules to those set forth in the attached memorandum and with final terms acceptable to the Executive Director and the Attorney General's Office.

2. This resolution shall take effect immediately, but no action authorized herein shall have force and effect until 10 days, Saturdays, Sundays, and public holidays excepted, after a copy of the minutes of the Authority meeting at which this resolution was adopted has been delivered to the Governor of the State of New Jersey for his approval, unless during such 10-day period the Governor of the State of New Jersey shall approve the same, in which case such action shall become effective upon such approval, as provided by the Act.


**Attachment**
**Dated:  July 21, 2021**                                                                                                          **EXHIBIT 7**



**FORT MONMOUTH**

DISCOVER ▸ INNOVATE ▸ TRANSFORM

## MEMORANDUM

**TO**:        Members of the Board

**FROM**:  Bruce Steadman
              Executive Director

**RE**:        Terminating the Request for Offers to Purchase for Parcel B in Eatontown

**DATE**:   July 21, 2021

### Request
I am requesting that the Board authorize the Fort Monmouth Economic Revitalization Authority ("FMERA") staff to terminate the Request for Offer to Purchase ("RFOTP") process with regard to Parcel B on Fort Monmouth's Main Post prior to proposals being received and therefore without awarding a purchase contract.

### Background
The Board approved the Rules for the Sale of Real and Personal Property (the "Sales Rules") at the August 17, 2011 Meeting of the Authority. In accordance with N.J.A.C. 19:31C-2.5(a), FMERA issued a RFOTP in connection with the planned redevelopment of Parcel B in Eatontown on March 26, 2013. At the time, Parcel B was a 55.327-acre tract fronting on Route 35 in the Eatontown Reuse Area of the Main Post. The Fort Monmouth Reuse and Redevelopment Plan ("Reuse Plan") calls for the 480,000± sf of existing buildings to be demolished and replaced with up to 150,000 sf of retail and commercial uses and 302 housing units, 20% of which must be affordable to low- and moderate-income households. The Reuse Plan describes a "vibrant pedestrian environment" and "exciting gateway," with connectivity and interaction between the parcel's retail and residential components.

### RFOTP #1 & RFOTP #2
The initial issuance of an RFOTP for Parcel B, authorized by the FMERA Board in January 2013, did not result in a Purchase and Sale Agreement and Redevelopment Agreement, due to the disqualification of the leading proposer for non-compliance with New Jersey's political contributions law, P.L. 2005, c. 51. and staff's assessment that other proposals fell short of the high standards targeted by the Reuse Plan and the FMERA Board & staff.

The Board approved a second issuance of an RFOTP for Parcel B in February 2014. This second intended RFOTP to meet the Reuse Plan's goal of creating a lifestyle town center that blended residential use with retail use in a pedestrian friendly manner, to result in an exciting and attractive gateway to the Fort. In January 2015, the Board authorized staff to add 22 acres to Parcel B RFOT and an optional component, for a total expansion of up to ±34 acres. On February 10, 2015, FMERA issued the RFOTP for the expanded Parcel B.

The leading proposer for the second, The Promenade at Fort Monmouth terminated its proposal on February 15, 2018; the second leading proposer, U.S. Home Corporation d/b/a Lennar Monmouth Developers withdrew its bid on June 29, 2020. Both Paramount and Lennar ended negotiations with FMERA as a result of uncertainty and significant changes in the retail marketplace.

---

**Fort Monmouth Economic Revitalization Authority (FMERA)**

PO Box 267  Oceanport, NJ 07757        (732) 720-6350        www.fortmonmouthnj.com



### RFOTP #3
In September 2020, the Board authorized a third issuance of an RFOTP for Parcel B. The RFOTP envisioned that Parcel B would be an 80+/- acre mixed-use neighborhood village, with integrated residential, retail, commercial uses and public spaces & amenities. The new RFOTP placed greater emphasis on those qualities staff thinks necessary to achieve the type of "vibrant pedestrian environment" and "exciting gateway" into the Fort that was envisioned in the Reuse Plan. Additionally, it sought to offer greater flexibility on the commercial portion of the project, allowing the potential purchaser to better respond to existing marketplace realities pre- and post-closing.

The RFOTP required the construction of 302 residential units, 20% of which were to be affordable to low- and moderate-income households. With the exception of the affordable housing component, proposed housing was to be planned as owner-occupied, for sale units. Consideration of a Main Street design that incorporated first floor commercial space and second story-living space included clear integration between the residential community and commercial development. In addition, proposals were to encourage sustainable and creative design that complemented the walkability, connectivity and accommodated future uses.

The RFOTP was issued on March 19, 2021. Proposals were due on June 16, 2021. The timeline was extended on May 14, 2021 until July 30, 2021. At the time of this meeting, FMERA has not accepted any proposals for Parcel B.

### Termination of the RFOTP
FMERA staff has continued to monitor and evaluate existing market conditions as the global pandemic begins to unwind locally and further continues to evaluate its larger redevelopment scheme as it considers the highest and best use of the Fort's remaining property, the overall economic impact of planned redevelopment, and potential job creation opportunities.

Based on these factors, in conjunction with significant feedback from industry experts and potential purchasers, FMERA staff no longer believes the proposed redevelopment plan for the Parcel B property is this highest and best use for the property. In strategizing for upcoming RFOTPs, FMERA staff believes that including the Parcel B acreage into a larger RFOTP will further support the highest and best use of the Fort's remaining acreage. FMERA has a strong interest in bolstering the innovation economy to create more and better jobs locally, as well as throughout the state, and to further revitalize Fort Monmouth. By supporting one or more key sectors, including but not limited to life sciences, information and high tech, clean energy, food and beverage, and film and digital media, the Fort will be positioned to serve as a regional hub for one of these dynamic industries and further attract other business within and around the Fort Monmouth area, as a result. Based on all of the above, FMERA staff supports terminating the open RFOTP and including Parcel B into a larger RFOTP.

The Real Estate Committee has reviewed the request and recommends it to the Board for approval.

### Summary
In summary, I am requesting that the Board authorize the Fort Monmouth Economic Revitalization Authority (FMERA) staff to terminate the Request for Offer to Purchase (RFOTP) process with regard to Parcel B on Fort Monmouth's Main Post prior to proposals being received and therefore without awarding a purchase contract.

*Bruce Steadman*
Bruce Steadman

Prepared by:   Kara Kopach

2