# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **CALEB L. MCGILLVARY**, | : | |
| Plaintiff, | : | No. 23-cv-22605-JMY |
| | : | |
| v. | : | |
| | : | |
| **NICHOLAS SCUTARI**, et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 12th day of August 2024, upon consideration of the *Motion for Ad Interim Relief Under Substantive Provisions of N.J.C.R. 4:69-3, or in the Alternative for Preliminary Injunction Under Rule 65* (ECF No. 81) filed by Plaintiff Caleb L. McGillvary, and all papers submitted in support thereof and in opposition thereto, it is hereby **ORDERED** that Plaintiff's Motion will be **DENIED**.

The Clerk of Court is **DIRECTED** to **IMMEDIATELY TRANSMIT** (mail) copies of this Order and the accompanying Memorandum to *pro se* Plaintiff at the mailing address that he has identified on the docket for service of court papers.

**BY THE COURT**:

　/s/ John Milton Younge　
Judge John Milton Younge