

Louis N. Rainone
Craig J. Coughlin*
David L. Minchello
Ronald H. Gordon
Carol A. Berlen
John F. Gillick
Brian P. Trelease*
Claudia Marchese
Matthew R. Tavares*
Sapana Shah*Δ
Michael R. Burns ✦
Christopher D. Zingaro
John P. Harrington
Harlynne A. Lack*

Edward P. Ruane
Thomas Schoendorf
Frank J. Dyevoich*
Lonnie J. Hinton, Jr.,
Harlynne A. Lack*
Aaron L. Rainone
Michael M. Wuest
Scott A. Aitken, Jr.
Allan Zhang

\* Also admitted in New York
Δ Also admitted in DC
✦ Also admitted in Pennsylvania

MWUEST@NJRCMLAW.COM

August 14, 2024

**VIA ECF**
Hon. John M. Younge, U.S.D.J.
United States District Court
15613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:    **McGillvary v. Scutari, et al.,**
             **Case No. 1:23-cv-22605-JMY**

Dear Judge Younge,

    This firm represents defendants Louis N. Rainone and Craig Coughlin, ("Defendants") in the above referenced action commenced by Kaleb McGillvery ("Plaintiff").

    As the court is aware, Plaintiff's First Amended complaint, with exhibits, spans nearly 600 pages. Due to the voluminous nature of the complaint, we kindly request a thirty (30) days extension to September 18, 2024 to respond. This request is similar to requests granted to the other parties in this matter. We have not sought any extensions prior to this.

    In addition, Plaintiff attempted to serve the Election Fund of Craig Coughlin simultaneously to the service of the complaint to Mr. Coughlin. While my office is authorized to accept service on behalf of Mr. Coughlin, we are not authorized to accept service on behalf of the Election Fund.

555 U.S. Highway One South
Suite 440
Iselin, New Jersey 08830

Tel: (732)709-4182
Fax: (732) 791-1555
www.njrcmlaw.com

348870v1

Thank you.

                                          **RAINONE COUGHLIN MINCHELLO, LLC**
*Attorneys for Defendants, Louis N. Rainone, and Craig Coughlin.*

By: _____*/s/ Scott Aitken*_____
                Scott A. Aitken Jr., Esq.