### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **CALEB L. MCGILLVARY**, | : | |
| Plaintiff, | : | No. 23-cv-22605-JMY |
| | : | |
| v. | : | |
| | : | |
| **NICHOLAS SCUTARI**, et al., | : | |
| Defendants. | : | |

### ORDER

**AND NOW**, this 15th day of August, 2024, upon consideration of the Letter from Defendants, Louis N. Rainone and Graig Coughlin, (ECF No. 185) in which Defendants Request an Extension of Time to respond to the first Amended Complaint, it is hereby **ORDERED** that Defendants' request for an extension of time to answer or otherwise respond to the first Amended Complaint will be **GRANTED** as follows – Defendants will be granted an extension of time until September 18, 2024 to answer or otherwise respond to the first Amended Complaint.

The Clerk of Court is **DIRECTED** to **TRANSMIT** (mail copies) of this Order to *pro se* Plaintiff at the mailing address that he has identified on the docket for service of court papers.

**BY THE COURT**:

  /s/ John Milton Younge
Judge John Milton Younge