# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **CALEB L. MCGILLVARY**, | : | |
| Plaintiff, | : | No. 23-cv-22605-JMY |
| | : | |
| v. | : | |
| | : | |
| **NICHOLAS SCUTARI**, et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 10th day of October 2024, upon consideration of the *Ex Parte Motion for Emergency Relief* (ECF No. 256) filed by Plaintiff, the Court hereby requests that non-party the New Jersey Department of Corrections (NJDOC) file a respond to said Motion (ECF No. 256) within 20 days of the date that this Order is entered on the docket. The Court specifically requests that the DOC respond to statements made by Plaintiff regarding his access to paper, printing supplies and the prison law library.

The Clerk of Court is **DIRECTED** to **IMMEDIATELY** serve a copy of this Order upon the Warden of the New Jersey State Prison via regular and certified mail. The Clerk of Court is also **DIRECTED** to **TRANSMIT** (mail) copies of this Order to *pro se* Plaintiff at the mailing address that he has identified on the docket for service of court papers.

**BY THE COURT**:

/s/ John Milton Younge
Judge John Milton Younge