Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ 08625

September 19, 2024

Clerk, US Dist. Ct. - DNJ
US Courthouse
4th and Cooper Streets
Camden, NJ 08101-2797

    RE: Caleb L. McGillvary v. Nicholas Scutari et al
    Civil Action No. 1:23-cv-26605-JMY
    Hon. John Milton Younge, U.S.D.J.

Dear Clerk;

    Please find enclosed and file onto the docket the original of my letter to Judge Younge regarding service upon Defendants Nicholas Scutari, Theodore Romankow, Netflix, Matthew J Tevenan, Steven Gallo, Stephen Zegar, Bruce Steadman, Michael Donahue, Evan Lide, Bryan Roberts, John A Sakson, Domenic Sanginiti, Ira Starr, Erica Avondoglio, James Lynch, Neil Weiner, Richard D Alderiso, Robert Ryan, Jeffrey Venezia, and Cathy L Waldor; and proof of service thereof; in the above-captioned matter.

                                Kind Regards,

                                Caleb L. McGillvary
                                In Propria Persona

ENCL:
CC: FILE

RECEIVED

SEP 30 2024

AT 8:30
CLERK, U.S. DISTRICT COURT - DNJ

## PROOF OF SERVICE

I, Caleb L. McGillvary, declare pursuant to 28 U.S.C. 1746 that on today's date, I placed in the institutional mailing system here where I'm incarcerated at NJ State Prison 3rd & Federal Streets Trenton, NJ 08625; with First Class Postage prepaid to be sent via USPS Mail; the original of my letter to Judge Younge regarding service upon Defendants Nicholas Scutari, Theodore Romankow, Netflix, Matthew J Tevenan, Steven Gallo, Stephen Zegar, Bruce Steadman, Michael Donahue, Evan Lide, Bryan Roberts, John A Sakson, Domenic Sanginiti, Ira Starr, Erica Avondoglio, James Lynch, Neil Weiner, Richard D Alderiso, Robert Ryan, Jeffrey Venezia, and Cathy L Waldor; to the Clerk of the District Court at USDC-DNJ US Courthouse 4th & Cooper Sts. Camden, NJ 08101-2797. Pursuant to the prison mailbox rule, these documents are constructively filed as of the date of mailing. Pursuant to DNJ Local Civil Rules, upon said filing the Clerk files Plaintiff's document into the CM/ECF system. See DNJ L.Civ.R. 5.2.2 ("All civil ... cases and documents filed in this Court, will be entered into the Court's ECF System in accordance with these Procedures."). Upon entry of a document in CM/ECF, notice of electronic filing thereof ("NEF"); is automatically thereby sent to all CM/ECF-participating parties. See DNJ L.Civ.R. 5.2.1(d)("NEF is a notice automatically generated by the Electronic Filing System at the time a document is filed with the system..."). This NEF constitutes service upon all such parties. See DNJ L.Civ.R. 5.2.14(b)(1)("Transmission of the NEF constitutes service of the filed document on Filing Users"). Therefore, pursuant to this Court's 3/21/24 order; ECF 12; on today's date I have constructively also served a copy of each said document on all appearing captioned Defendants, who are represented by CM/ECF-user Counsel, by the Clerk's filing of same and sending of NEF thereto.

I hereby invoke the prison mailbox rule.
I declare under penalty of perjury that the foregoing statements made by me are true and accurate.
Executed this 19TH Day of SEPTEMBER, 2024

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ
08625-0861

[RECEIVED]
SEP 30 ‘24
AT 8:30
CLERK, U.S.D.C.

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ 08625

RECEIVED
SEP 30 '__
AT 8:00_____
CLERK, U.S. DISTRICT COURT__NJ

September 19, 2024

Hon. John Milton Younge, U.S.D.J.
15613 US Courthouse
601 Market St.
Philadelphia, PA 19106

    RE: Caleb L. McGillvary v. Nicholas Scutari et al
    Civil Action No. 1:23-cv-26605-JMY
    Hon. John Milton Younge, U.S.D.J.

Dear Judge Younge;

    I'm writing in regards to service upon Defendants Nicholas Scutari, Theodore Romankow, Netflix, Matthew J Tevenan, Steven Gallo, Stephen Zegar, Bruce Steadman, Michael Donahue, Evan Lide, Bryan Roberts, John A Sakson, Domenic Sanginiti, Ira Starr, Erica Avondoglio, James Lynch, Neil Weiner, Richard D Alderiso, Robert Ryan, Jeffrey Venezia, and Cathy L Waldor; in the above-captioned matter. Although I have provided the Clerk with USM-285 forms for each of these defendants, none of these defendants have yet been served in this matter. As this Court has already ordered the Clerk to do so, I'm at a loss as to how to request further relief for this service to occur.

    For all the foregoing reasons, I ask that Your Honor please contact the Clerk of the District of NJ and direct them to follow the Court's order, or in the alternative, issue a contempt order against the Clerk of the D.N.J., under the Court's inherent powers: for failure to obey the Court's order requiring service.

                                    Respectfully Submitted,

                                           Caleb L. McGillvary
                                           In Propria Persona

ENCL:
CC: FILE

1

C MCGILLVARY
#1222665/SBI#1023174
NJSP PO BOX 861
TRENTON, NJ
08625

CLERK
US DIST CT. -DNJ
4TH & COOPER STS.
CAMDEN, NJ
08101-2797