Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ 08625

October 11, 2024

Clerk, US Dist. Ct. - DNJ
US Courthouse
4th and Cooper Streets
Camden, NJ 08101-2797

    RE: Caleb L. McGillvary v. Nicholas Scutari et al
    Civil Action No. 1:23-cv-26605-JMY
    Hon. John Milton Younge, U.S.D.J.

Dear Clerk;

    Please find enclosed and file onto the docket the original of my letter to Judge Younge regarding my 10/1/24 motion for emergency relief, declaration of Justice R. Allah in support thereof, and declaration of Lashawn Fitch in support thereof; and proof of service thereof; in the above-captioned matter.

***PLEASE IMMEDIATELY FORWARD SAME TO HON. JOHN MILTON YOUNGE, U.S.D.J.'S CHAMBERS, PURSUANT TO DNJ L. CIV. R. 65.1(b)***

                                            Kind Regards,

                                            Caleb L. McGillvary
                                            In Propria Persona

ENCL:
CC: FILE

RECEIVED
OCT 22 2024
AT 8:30
CLERK, U.S. DISTRICT COURT

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ 08625

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Caleb L. McGillvary <br>     PLAINTIFF <br><br> V. <br><br> Nicholas Scutari et al <br>     DEFENDANT | CIVIL ACTION NO. <br> 1:23-cv-26605-JMY <br> Hon. John Milton Younge, USDJ <br><br> Motion Date: <br> Immediate - Emergent Relief |

**DECLARATION OF LASHAWN D. FITCH**

I, LaShawn D. Fitch, hereby swear and affirm pursuant to 28 § U.S.C. 1746 the following:

1. I am prisoner at the New Jersey State Prison ("NJSP") which is located at 600 Cass Street, Trenton, New Jersey, 08625.

2. I was employed as an Inmate Legal Association ("ILA") paralegal from May 2023 - September 2024.

3. I worked in the law library area Monday - Friday from 7:30am-10:30am; 12:30pm-3:00pm and 4:30pm-6:00pm.

My office room #118 is approximately ten steps from the law library and a few feet from Officer Collins desk.

4. During my tenure as a ILA paralegal I witnessed Officer Collins deny inmates, including plaintiff, the following: legal phone calls, printing materials, photo-copying services and legal forms. I experienced officer Collins deny photo-copy materials

1

tore down all the signs that had been posted in the law library for decades, with the addresses or the Correctional Ombudsmans, Commissioners and ACLU.

19. I filed a grievance about this and alerted Mr. Bodtmann, the Assistant Superintendent about this and he advised that this was wrong and claimed he will address it.

20. As of the date of this writing, **NOTHING** has been done to address of resolve this issue.

21. I am willing to testify before any Court regarding the contents of this declaration.

I declare under penalty of perjury that the foregoing statements are true and accurate. I also am aware that if any of the foregoing statements are willfully false, I am subected to punishment.

Executed on this ___ day of October, 2024 at the New Jersey State Prison.

Prepared By:

_Justice R. Allah_ 10-10-24
Justice Rasideen Allah
New Jersey State Prison
600 Cass Street
P.O.Box861-230948/640344B
Trenton, N.J. 08625

4

C MCGILLVARY
#1222665/SBI#1023176
NJSP PO BOX 861
TRENTON, NJ
08625

CLERK
U.S. DIST. CT. - DNJ
4TH & COOPER STS.
CAMDEN, NJ
08101-2797

LEGAL MAIL