# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **CALEB L. MCGILLVARY**, | : | |
| Plaintiff, | : | No. 23-cv-22605-JMY |
| | : | |
| v. | : | |
| | : | |
| **NICHOLAS SCUTARI**, et al., | : | |
| Defendants. | : | |

## ORDER

THIS MATTER, having come before the Court upon Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 111) filed by Defendants New Jersey Association of Justice and New Jersey Association of Justice PAC, the Court having considered the papers submitted in support thereof and in opposition thereto, and for the reasons set forth in the accompanying omnibus Memorandum filed by the Court along with this Order, **IT IS** hereby **ORDERED**, on this 23rd day of December, 2024, that the motion to dismiss filed by Defendants is **GRANTED**, and all allegations in Plaintiff's First Amended Complaint asserted against New Jersey Association of Justice and New Jersey Association of Justice PAC are **DISMISSED** with prejudice from the First Amended Complaint.  Plaintiff will not be granted leave to file an amended complaint to assert renewed allegations or claims against Defendants New Jersey Association of Justice or the New Jersey Association of Justice PAC.

The Clerk of Court is **DIRECTED** to **IMMEDIATELY TRANSMIT** (mail) copies of this Order to *pro se* Plaintiff at the mailing address that he has identified on the docket for service of court papers.

**BY THE COURT**:

  /s/ John Milton Younge  
Judge John Milton Younge