### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CALEB L. MCGILLVARY**, : | |
| Plaintiff, : | No. 23-cv-22605-JMY |
| : | |
| v. : | |
| : | |
| **NICHOLAS SCUTARI**, et al., : | |
| Defendants. : | |

### ORDER

THIS MATTER, having come before the Court upon Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 142) filed by Defendants Stavola Construction Materials and Elizabeth Stavola (collectively the "Stavola Defendants"), the Court having considered the papers submitted in support thereof and in opposition thereto, and for the reasons set forth in the accompanying omnibus Memorandum filed by the Court along with this Order, **IT IS** on this 23rd day of December, 2024 hereby **ORDERED** that the Stavola Defendants' motion to dismiss is **GRANTED**, and all allegations in Plaintiff's First Amended Complaint asserted against the Stavola Defendants are **DISMISSED** with prejudice. Plaintiff will not be granted leave to file an amended complaint to assert renewed allegations or claims against the Stavola Defendants.

The Clerk of Court is **DIRECTED** to terminate the Stavola Defendants from this lawsuit and **IMMEDIATELY TRANSMIT** (mail) copies of this Order to *pro se* Plaintiff at the mailing address that he has identified on the docket for service of court papers.

**BY THE COURT**:

  /s/ John Milton Younge  
Judge John Milton Younge