### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

**CALEB L. MCGILLVARY**,    :
  Plaintiff,       :  No. 23-cv-22605-JMY
            :
  v.          :
            :
**NICHOLAS SCUTARI**, et al.,   :
  Defendants.     :

### <u>ORDER</u>

   **THIS MATTER**, having come before the Court upon Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 149) filed by Defendants, Levinson Axelrod, P.A., (improperly pled as Levinson Axelrod), Richard Marcolus, Christopher DeAngelo, Michael Fusco, Kimberly Gozsa, Brett Greiner, and Adam Rothenberg (collectively the "Levinson Axelrod Defendants"), the Court having considered the papers submitted in support thereof and in opposition thereto, and for the reasons set forth in the accompanying omnibus Memorandum filed by the Court along with this Order, **IT IS** hereby **ORDERED**, on this 23rd day of December, 2024, that the motion to dismiss filed by the Levinson Axelrod Defendants is **GRANTED**, and all allegations in Plaintiff's First Amended Complaint asserted against the Levinson Axelrod Defendants are **DISMISSED** with prejudice. Plaintiff will not be granted leave to file an amended complaint to assert renewed allegations or claims against moving Defendants.

   The Clerk of Court is **DIRECTED** to terminate the Levinson Axelrod Defendants from this lawsuit and **IMMEDIATELY TRANSMIT** (mail) copies of this Order to *pro se* Plaintiff at the mailing address that he has identified on the docket for service of court papers.

            **BY THE COURT**:

             /s/ John Milton Younge
            Judge John Milton Younge