**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **CALEB L. MCGILLVARY**, | : |
| Plaintiff, | : No. 23-cv-22605-JMY |
| | : |
| v. | : |
| | : |
| **NICHOLAS SCUTARI**, et al., | : |
| Defendants. | : |

### ORDER

**THIS MATTER**, having come before the Court upon Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 118) filed by Defendants Steven Wielkotz, Matthew Wielkotz and Wielkotz & Company, LLC (improperly pled as Steven Welkotz, Matthew Welkotz and Weilkotz & Co, LLC) (collectively, the "Wielkotz Defendants"), on notice to Plaintiff Caleb L. McGillvary, and all counsel of record; and the Court having considered the submissions of the Parties, and for the reasons set forth in the accompanying omnibus Memorandum filed along with this Order; **IT IS** on this 23rd day of December, 2024, **ORDERED** that the Wielkotz Defendants' motion to dismiss Plaintiff's First Amended Complaint is **GRANTED**, and all allegations in the First Amended Complaint asserted against the Wielkotz Defendants are dismiss with prejudice. Plaintiff will not be granted leave to file an amended complaint to assert renewed allegations or claims against the Wielkotz Defendants.

The Clerk of Court is **DIRECTED** to terminate the Wielkotz Defendants from this lawsuit and **IMMEDIATELY TRANSMIT** (mail) copies of this Order to *pro se* Plaintiff at the mailing address that he has identified on the docket for service of court papers.

**BY THE COURT**:

  /s/ John Milton Younge  
Judge John Milton Younge