# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CALEB L. MCGILLVARY**, : | |
| Plaintiff, : | No. 23-cv-22605-JMY |
| : | |
| v. : | |
| : | |
| **NICHOLAS SCUTARI**, et al., : | |
| Defendants. : | |

## ORDER

**AND NOW**, this 15th day of, January, 2025, upon consideration of the *Motion for Extension of Time to Respond to Federal Judicial Defendants' Motion to Dismiss* (ECF No. 290), and the Federal Judicial Defendants' motion for an extension of time to file a response/reply to Plaintiff's opposition (Letter, ECF No. 325), it is hereby **ORDERED** that the Plaintiff's *Motion for Extension of Time to Respond to the Federal Judicial Defendants Motions to Dismiss* (ECF No. 290) shall be **GRANTED** as follows – the Court will deem as timely filed Plaintiff's brief in opposition to the Federal Judicial Defendants' motion to dismiss (ECF No. 324), and the Federal Judicial Defendants' motion for an extension of time will be **GRANTED** as follows – the Federal Judicial Defendants shall have until **February 4, 2025,** to file their response/reply to Plaintiff's response in opposition to their motion to dismiss.

It is further **ORDERED** that Plaintiff's *Motion for Extension of Time to Respond to Defendant Robert Menendez, Jeffrey Venezia, Richard Alderiso, and Robert Ryans' Motion to Dismiss* (ECF No. 321) is **GRANTED** as follows – Plaintiff will be permitted up and until February 19, 2025 to file his Brief in Opposition to Defendant Robert Menendez, Jeffrey Venezia, Richard Alderiso, and Robert Ryans' Motion to Dismiss.

Plaintiff's *Motion for Extension of Time to Respond to Robert Ellenport's Motion to Dismiss* (ECF No. 264.) is **DENIED** as moot because Plaintiff has already filed his Brief in

Opposition to Defendant Robert Ellenport's motion to dismiss, and the Court has dismissed Defendant Robert Ellenport from this after a review of the relevant pleadings.

The Clerk of Court is **DIRECTED** to **TRANSMIT** (mail) copies of this Order to *pro se* Plaintiff at the mailing address that he has identified on the docket for service of court papers.

**IT IS SO ORDERED.**

**BY THE COURT:**

/s/ John Milton Younge
Judge John Milton Younge