## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **CALEB L. MCGILLVARY**, | : | |
| Plaintiff, | : | No. 23-cv-22605-JMY |
| | : | |
| v. | : | |
| | : | |
| **NICHOLAS SCUTARI**, et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 24th day of January 2025, upon consideration of the *Letter Request for Extension of Time to File Responsive Pleading* (ECF No. 329) filed by the State Defendants, it is hereby **ORDERED** that Defendants' request for an extension of time to file a responsive pleading will be **GRANTED** as follows – Defendants will have until January 31, 2025, to file their reply to Plaintiff's opposition brief.

The Clerk of Court is **DIRECTED** to **TRANSMIT** (mail copies) of this Order to *pro se* Plaintiff at the mailing address that he has identified on the docket for service of court papers.

**BY THE COURT**:

  /s/ John Milton Younge
Judge John Milton Younge