Peter K. Oliver, Esq. (ID# 032382007)
HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP
40 Paterson Street, P.O. Box 480
New Brunswick, NJ 08903
(732) 545-4717
Attorneys for Defendants, DI Group Architecture and Vincent Myers

| | |
|---|---|
| Plaintiff(s), | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY |
| CALEB L. MCGILLVARY | |
| vs. | CIVIL ACTION NO: 1:23-cv-22605-JMY |
| Defendant(s), | CERTIFICATION OF SERVICE |
| NICHOLAS SCUTARI, NETFLIX, THEODORE ROMANKOW, PHIL MURPHY, KARA KOPACH, ANTHONY TALERICO, JR., LILIAN BURRY, REGINA MCGRADE, TRACY BUCKLEY, JAY COFFEEY, MATTHEW J. TEVENAN, RIKER DANZIG, LLP, STEVEN GALLO, STEPHEN ZEGAR, JAMERA SIRMANS, JORGE SANTOS, ROBERT A. KIRSCH, KAREN M. CASSIDY, CHRISTINE P. O'HEARN, RENEE MARIE BUMB, THE NEW JERSEY SENATE, THE NEW JERSEY LEGISLATURE, THE NEW JERSEY STATE ASSEMBLY, THE NJ OFFICE OF THE GOVERNOR, RAW TV, BRUCE STEADMAN, LINDA D. STENDER, ROBERT MENENDEZ, NEW JERSEY ASSOCIATION OF JUSTICE, NEW JERSEY ASSOCIATION OF JUSTIC PAC, JAVERBAUM WURGAFT, GERALD H. BAKER, MICHAEL GALPER, FRANCISCO J. RODRIGUEZ, JEFFREY RIZKA, STARK & STARK, ROBERT J. BRATMAN, DEBORAH DUNN, MICHAEL DONAHUE, EVAN LIDE, BRYAN ROBERTS, JOHN A. SAKSON, DOMINIC SANGINITI, LEVINSON AXELROD, RICHARD MARCOLUS, CHRISTOPHER DEANGELO, MICHAEL FUSCO, KIMBERLY GOZSA, BRETT GREINER, ADAM ROTHENBERG, LUM BRASCO POSITAN, STEPHEN EINSTEIN, WAYNE POSITAN, STARR GERN DAVISON & RUBIN, SHELLY STANGLER, IRA STARR, LYNCH LYNCH HELD ROSENBERG, LYNCH LAW FIRM, MICHAEL ROSENBERG, ERICA AVONDOGLIO, MICHAEL T. BUONOCORE, JAMES LYNCH, NEIL WEINER, STAVOLA CONSTRUCTION MATERIALS, ELIZABETH STAVOLA, DI GROUP ARCHITECTURE, | **DOCUMENT ELECTRONICALLY FILED** |

HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP

40 PATERSON STREET
NEW BRUNSWICK, NJ 08901

701 WILTSEY'S MILL ROAD
BLDG. B, SUITE 202
HAMMONTON, NJ 08037

169 MAPLE AVENUE
RED BANK, NJ 07701

VINCENT MYERS, RICHARD D. ALEDERISO, ROBERT RYAN, JEFFREY VENEZIA, WEILKOTZ & CO. LLC, MATTHEW WEILKOTZ, CATHY L. WALDOR, MADELINE COX ARLEA, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, ABC INC. 1, ABC INC. 2, ABC INC. 3, ABC INC. 4

1. I am the attorney for Defendants, DI Group Architecture and Vincent Myers.

2. I caused a Reply Brief of Defendants Di Group Architecture and Vincent Myers to be served, as set forth below.

BY ELECTRONIC MEANS ECF:

To all counsel of record

BY REGULAR MAIL TO THE LAST KNOWN ADDRESS SET FORTH BELOW:

Mr. Caleb L. McGillvary
#1222665/SBI#102317G NJSP
P.O. Box 861
Trenton, NJ 08625

I certify the foregoing statements made by me are true. I know if any of the foregoing statements are willfully false, I am subject to punishment.

*/s/ Peter K. Oliver*

_____
PETER K. OLIVER

Dated: March 6, 2025

**HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP**

40 PATERSON STREET
NEW BRUNSWICK, NJ 08901

701 WILTSEY'S MILL ROAD
BLDG. B, SUITE 202
HAMMONTON, NJ 08037

169 MAPLE AVENUE
RED BANK, NJ 07701