IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CALEB L. MCGILLVARY, | : | |
|     Plaintiff, | : | No. 23-cv-22605-JMY |
| | : | |
| vs. | : | |
| | : | |
| NICHOLAS SCUTARI, et al., | : | |
|     Defendants. | : | |

**ORDER**

**AND NOW,** this 11th day of March 2025, upon consideration of the *Motions to Dismiss under Federal Rules of Civil Procedure 12(b)(6) and 12(b)(5)* filed by Defendants Christine P. O'Hearn, Renee Marie Bumb, Madeline Cox Arleo, Cathy L. Waldor, and Robert Menendez (hereinafter collectively referred to as the "Federal Defendants") (ECF No. 270 & 305), it is hereby **ORDERED** that said motions to dismiss are **GRANTED**, and all allegations/claims set forth in the first Amended Complaint asserted against the Federal Defendants are dismissed with prejudice. Plaintiff will not be permitted to file an amended complaint to assert renewed allegations/claims against the Federal Defendants.

The Clerk of Court is **DIRECTED** to mark the docket to reflect that the Federal Defendants are terminated from this lawsuit.

The Clerk of Court is further **DIRECTED** to **IMMEDIATELY TRANSMIT** (mail) copies of this Order to *pro se* Plaintiff at the mailing address that he has identified on the docket for service of court papers.

                                                                         **BY THE COURT**:

                                                                          /s/ John Milton Younge
                                                                         Judge John Milton Younge