Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ 08625

March 12, 20 25

Clerk, US Dist. Ct. - DNJ
US Courthouse
4th and Cooper Streets
Camden, NJ 08101-2797

    RE: Caleb L. McGIllvary v. Nicholas Scutari et al
    Civil Action No. 1:23-cv-26605-JMY
    Hon. John Milton Younge, U.S.D.J.

Dear Clerk;

    Please find enclosed and file onto the docket the original of my notice of intent to stand on complaint; and proof of service thereof; in the above-captioned matter.

                                               Kind Regards,

                                          Caleb L. McGillvary
                                          In Propria Persona

ENCL:
CC: FILE

**RECEIVED**

MAR 17 2025

AT 8:30 _____ M
CLERK, U.S. DISTRICT COURT - DNJ

PROOF OF SERVICE

I, Caleb L. McGillvary, declare pursuant to 28 U.S.C. 1746 that on today's date, I placed in the institutional mailing system here where I'm incarcerated at NJ State Prison 3rd & Federal Streets Trenton, NJ 08625; with First Class Postage prepaid to be sent via USPS Mail; the original of my notice of intent to stand on complaint; in the above-captioned matter. to the Clerk of the District Court at USDC-DNJ US Courthouse 4th & Cooper Sts. Camden, NJ 08101-2797. Pursuant to the prison mailbox rule, these documents are constructively filed as of the date of mailing. Pursuant to DNJ Local Civil Rules, upon said filing the Clerk files Plaintiff's document into the CM/ECF system. See DNJ L.Civ.R. 5.2.2 ("All civil ... cases and documents filed in this Court, will be entered into the Court's ECF System in accordance with these Procedures."). Upon entry of a document in CM/ECF, notice of electronic filing thereof ("NEF"); is automatically thereby sent to all CM/ECF-participating parties. See DNJ L.Civ.R. 5.2.1(d)("NEF is a notice automatically generated by the Electronic Filing System at the time a document is filed with the system..."). This NEF constitutes service upon all such parties. See DNJ L.Civ.R. 5.2.14(b)(1)("Transmission of the NEF constitutes service of the filed document on Filing Users"). Therefore, pursuant to this Court's 3/21/24 order; ECF 12; on today's date I have also served a copy of each said document on all appearing captioned Defendants, who are represented by CM/ECF-user Counsel.
I hereby invoke the prison mailbox rule.
I declare under penalty of perjury that the foregoing statements made by me are true and accurate.
Executed this 12 Day of March, 2025

Caleb L. McGillvary, Pro Se
#122665/SBI#102317G NJSP
PO Box 861 Trenton, NJ
08625-0861

RECEIVED
MAR 17 2025
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ 08625

```
                              RECEIVED
                              MAR 17 2025
                              AT 8:30_____M
                              CLERK, U.S. DISTRICT COURT - DNJ
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Caleb L. McGillvary<br>   PLAINTIFF<br><br>V.<br><br>Nicholas Scutari et al<br>   DEFENDANT | CIVIL ACTION NO.<br>1:23-cv-26605-JMY<br>Hon. John Milton Younge, USDJ |

NOTICE TO STAND ON COMPLAINT

TO: CLERK, ALL CAPTIONED PARTIES

    Please take notice that Plaintiff Caleb L. McGillvary ("Plaintiff") intends to stand on his First Amended Complaint in civil action number 1:23-cv-22605-JMY;

    As grounds for this notice, Plaintiff relies upon the Court's opinion in Bowling v. Lehigh Cnty., 2024 U.S. Dist. LEXIS 31970 at *18 (E.D. Pa. Feb. 26, 2024)(" "If [a plaintiff] does not wish to amend his Complaint and instead intends to stand on his Complaint as originally pled, he may file a notice with the Court within thirty (30) days of the date of this Order stating that intent, at which time the Court will issue a final order dismissing the case. Any such notice should be titled "Notice to Stand on Complaint," and shall include the civil action number for this case") (citing Weber v. McGrogan, 939 F.3d 232 (3d Cir. 2019))

Date: 3/12/25

                                        Caleb L. McGillvary, Pro Se
                                        #1222665/SBI#102317G NJSP
                                        PO Box 861 Trenton, NJ
                                               08625-0861

E MCGILLVARY
#1222665/SBI#1023176
JSSP PO BOX 861
TRENTON, NJ
08625

TRENTON NJ 085
3 MAR 2025

US POSTAGE
$009.64
First-Class - IMI
ZIP 08625
03/13/2025
036B 0011837735

7022 2410 0003 3323 7065

RECEIVED
MAR 17 2025
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

CLERK
U.S. DIST. CT. - DNJ
4TH & COOPER STS
CAMDEN, NJ
08101-2797

X-RATED
LEGAL MAIL