Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ 08625

July 14, 2025

Clerk, US Dist. Ct. - DNJ
US Courthouse
4th and Cooper Streets
Camden, NJ 08101-2797

    RE: Caleb L. McGIllvary v. Nicholas Scutari et al
    Civil Action No. 1:23-cv-22605-JMY
    Hon. John Milton Younge, U.S.D.J.

Dear Clerk;

    Please find enclosed and file onto the docket the service copy of documents filed in the U.S. Court of Appeals for the Third Circuit at App. No. 25-2000; and proof of service thereof; in the above-captioned matter. Thank you.

Kind Regards,

Caleb L. McGillvary<br>
In Propria Persona

ENCL:
CC: FILE

RECEIVED
JUL 2 1 2025
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

PROOF OF SERVICE

I, Caleb L. McGillvary, declare pursuant to 28 U.S.C. 1746 that on today's date, I placed in the institutional mailing system here where I'm incarcerated at NJ State Prison 3rd & Federal Streets Trenton, NJ 08625; with First Class Postage prepaid to be sent via USPS Mail; the service copy of my motion to recuse Clerk James King; in the above-captioned matter: to the Clerk of the District Court at USDC-DNJ US Courthouse 4th & Cooper Sts. Camden, NJ 08101-2797. Pursuant to the prison mailbox rule, these documents are constructively filed as of the date of mailing. Pursuant to DNJ Local Civil Rules, upon said filing the Clerk files Plaintiff's document into the CM/ECF system. See DNJ L.Civ.R. 5.2.2 ("All civil ... cases and documents filed in this Court, will be entered into the Court's ECF System in accordance with these Procedures."). Upon entry of a document in CM/ECF, notice of electronic filing thereof ("NEF"); is automatically thereby sent to all CM/ECF-participating parties. See DNJ L.Civ.R. 5.2.1(d)("NEF is a notice automatically generated by the Electronic Filing System at the time a document is filed with the system..."). This NEF constitutes service upon all such parties. See DNJ L.Civ.R. 5.2.14(b)(1)("Transmission of the NEF constitutes service of the filed document on Filing Users"). Therefore, pursuant to this Court's 3/21/24 order; ECF 12; on today's date I have also served a copy of each said document on all appearing captioned Defendants, who are represented by CM/ECF-user Counsel.

I hereby invoke the prison mailbox rule.
I declare under penalty of perjury that the foregoing statements made by me are true and accurate.
Executed this 14 Day of July, 2025

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ
08625-0861

RECEIVED
JUL 21 2025
AT 8:30 M
CLERK U.S. DISTRICT COURT-DNJ